# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 23-992V

| | |
|---|---|
| ALEXIS RODRIGUEZ,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Chief Special Master Corcoran<br><br>Filed: June 13, 2025 |

*Catherine Wallace Costigan*, Maglio Christopher & Toale, PA, Washington, DC, for Petitioner.

*Camille Michelle Collett*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On June 28, 2023, Alexis Rodriguez filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered Guillain-Barre Syndrome ("GBS") after receiving an influenza ("flu") vaccine on January 3, 2022. Petition at ¶¶ 1, 51-52. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 15, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On June 10, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $144,250.00 for pain and suffering, $11,338.97 for lost wages, and $74,578.70 to satisfy the State of Arizona Medicaid lien. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award the following compensation:**

    a. **A lump sum payment of $155,588.97, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.**

    b. **A lump sum payment of $74,578.70, representing compensation for satisfaction of the State of Arizona Medicaid lien, in the form of a check payable jointly to Petitioner and**

        **The Rawlings Company LLC**
        **Attn: Gabe Velasco**
        **P.O. Box 2000**
        **La Grange, KY 40031**
        **Reference No: 123595261**

**Petitioner agrees to endorse the check to The Rawlings Company, LLC, for satisfaction of the Medicaid lien.**

This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                      **s/Brian H. Corcoran**
                                                      Brian H. Corcoran
                                                      Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| ALEXIS RODRIGUEZ, | ) |
| Petitioner, | ) No. 23-992V ECF |
| v. | ) Chief Special Master Corcoran |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) |
| Respondent. | ) |

**PROFFER ON AWARD OF COMPENSATION**

On June 28, 2023, Alexis Rodriguez ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that he suffered an injury that is compensable under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§ 300aa-10 to -34, that is, Guillain-Barre Syndrome ("GBS"), as defined in the Vaccine Injury Table following administration of an influenza ("flu") vaccine he received on January 3, 2022. Petition at 1-2. On October 11, 2024, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a GBS Table injury, and on October 15, 2024, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 29 and 30.

I.  **Items of Compensation**

   A.  <u>Pain and Suffering</u>

Based upon the evidence of record, respondent proffers that petitioner should be awarded a lump sum of **$144,250.00** for pain and suffering, in the form of a check payable to petitioner. Petitioner agrees.

B. <u>Lost Wages</u>

Evidence supplied by petitioner documents that he incurred past lost wages related to his vaccine-related injury. Respondent proffers that petitioner should be awarded past lost wages in the amount of **$11,338.97**. *See* 42 U.S.C. § 300aa-15(a)(3)(A). Petitioner agrees.

C. <u>Medicaid Lien</u>

Respondent proffers that petitioner should be awarded funds to satisfy the State of Arizona Medicaid lien in the amount of **$74,578.70**, which represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the State of Arizona may have against any individual as a result of any Medicaid payments the State of Arizona has made to or on behalf of petitioner from the date of his eligibility for benefits through the date of judgment in this case as a result of his alleged vaccine-related injury suffered on or about January 3, 2022, under Title XIX of the Social Security Act. Petitioner agrees.

The above amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.    Form of the Award**

The parties recommend that compensation provided to petitioner should be made through two lump sum payments described below, and request that the Chief Special Master's decision and the Court's judgment award the following: [1]

A. A lump sum payment of **$155,588.97** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.

B. A lump sum payment of **$74,578.70**, representing compensation for satisfaction of the State of Arizona Medicaid lien, in the form of a check payable jointly to petitioner and:

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

2

                              The Rawlings Company LLC
                              Attn: Gabe Velasco
                              P.O. Box 2000
                              La Grange, KY 40031
                              Reference No: 123595261

Petitioner agrees to endorse the check to The Rawlings Company, LLC, for satisfaction of the Medicaid lien.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

                              Respectfully submitted,

                              YAAKOV M. ROTH
                              Acting Assistant Attorney General

                              C. SALVATORE D'ALESSIO
                              Director
                              Torts Branch, Civil Division

                              HEATHER L. PEARLMAN
                              Deputy Director
                              Torts Branch, Civil Division

                              LARA A. ENGLUND
                              Assistant Director
                              Torts Branch, Civil Division

                              <u>s/ Camille M. Collett</u>
                              CAMILLE M. COLLETT
                              Trial Attorney
                              Torts Branch, Civil Division
                              U.S. Department of Justice
                              P.O. Box 146, Ben Franklin Station
                              Washington, D.C. 20044-0146
                              Tel: (202) 616-4098
                              Fax: (202) 616-4310
                              Email: Camille.m.collett@usdoj.gov

Date:  June 10, 2025